# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

---

| | | |
|---|---|---|
| Counsel presenting oral argument should appear in person at the Clerk's Office NO LATER THAN 8:30 A.M. on the day of the hearing | HEARING LOCATION | DAVID J. SMITH Clerk of Court United States Court of Appeals for the Eleventh Circuit (404) 335-6100 |
| Clerk's Office 56 Forsyth Street, N.W. Atlanta, Georgia 30303 (404) 335-6131 | Courtroom 339 Elbert P. Tuttle United States Court of Appeals Building 56 Forsyth Street, N.W. ATLANTA, GEORGIA COURT CONVENES AT 9:00 A.M. (unless otherwise shown) | |

---

The court has determined that the cases listed below are to be orally argued not to exceed **fifteen** minutes per side. Argument time for those cases marked **\*** will not exceed twenty minutes per side unless altered by the presiding judge. Counsel for each party must present oral argument unless excused by the court for good cause shown. The following cases are assigned for hearing on the following dates:

### TUESDAY, JULY 25, 2023

| | |
|---|---|
| 22-10267 | United States v. Marco Perez, Appellant |
| 22-10572 | United States v. Rasheem Atis, Appellant (Consolidated with 22-10618, United States v. Pierre LaLeau, Appellant) |
| 21-13616 | Carl Murdock, Jr. v. Wanda Robinson, et al., Appellants |

### WEDNESDAY, JULY 26, 2023

| | |
|---|---|
| 22-11159 | United States v. Charles Mapson, et al., Appellants |
| 21-13668 | Sean Reilly, Appellant v. Secretary, Florida Department of Corrections |
| 22-11752 | Brandon Bluhm, Appellant v. Wyndham Vacation Ownership, Inc., et al. |

### THURSDAY, JULY 27, 2023

| | |
|---|---|
| 22-11980 | United States v. Jirard Kincherlow, Appellant |
| 22-11617 & 22-12535 | Hunt Refining Company, Petitioner v. U.S. Environmental Protection Agency |
| 22-10881 | Douglas Stalley, Appellant v. Lake CI Warden, et al. |

### FRIDAY, JULY 28, 2023

| | |
|---|---|
| 22-10630 | United States v. Chalmer Detling, II, Appellant |
| 22-11207 | Sheldon Turner, Petitioner v. U.S. Attorney General |
| 22-11285 | Cierra Geter, Appellant v. Schneider National Carriers, Inc. |

# COUNSEL MUST REPORT TO THE CLERK'S OFFICE PRIOR TO 8:30 AM ON MORNING OF ORAL ARGUMENT

ATLANTA, GEORGIA
05/30/23 - #21